No. 296. ALSTATE CONSTRUCTION CO. *v.* TOBIN, SECRETARY OF LABOR;

No. 336. JOHNSON ET AL., DOING BUSINESS AS BRAMHALL COMPANY, *v.* TOBIN, SECRETARY OF LABOR; and

No. 380. PENNINGTON-WINTER CONSTRUCTION CO. *v.* TOBIN, SECRETARY OF LABOR. Durkin, present Secretary of Labor, substituted as the party respondent for Tobin.

No. 294, Misc. CAMPBELL *v.* PENNSYLVANIA ET AL.;

No. 295, Misc. HOWELL *v.* HANN, WARDEN;

No. 317, Misc. HENRY *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON; and

No. 320, Misc. RILEY *v.* STEINBERG, SUPERINTENDENT, ELGIN STATE HOSPITAL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 308, Misc. MARSHALL *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus and for other relief denied.